**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**JUDITH E. MERCHANT,**
                **Plaintiff,**

**-vs-**                                        **Case No.  6:06-cv-1691-Orl-18UAM**

**COMMISSIONER OF SOCIAL SECURITY,**

                **Defendant.**
_____

## ORDER

The case was referred to the United States Magistrate Judge for report and recommendation. The Court having reviewed the report and recommendation of the magistrate judge, and there being no objections to the report filed, it is hereby

**ORDERED** that the report and recommendation of the magistrate judge is hereby **APPROVED**.  Therefore, the Commissioner's decision is **AFFIRMED**.  The Clerk of the Court is directed to enter judgment accordingly and close the case.

It is **SO ORDERED** in Orlando, Florida, this 18th day of December, 2007.

_____
G. KENDALL SHARP
SENIOR UNITED STATES DISTRICT JUDGE

Copies to:

Counsel of Record
United States Magistrate Judge